JS - 6

**FILED: 02/24/14**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Paul Alec Monje*, | CASE NO. EDCV 12-497-GHK (DTBx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Equifax, et al.*, | |
| Defendants. | |

     Pursuant to the Court's Orders on July 3, 2012, August 2, 2012, September 11, 2012, March 8, 2013, and October 2, 2013; Plaintiff's Notices of Voluntary Dismissal on July 11, 2012 and February 18, 2014; and the Stipulation of Dismissal on June 19, 2012; IT IS HEREBY ADJUDGED that Plaintiff Paul Alec Monje's claims against Defendants Trans Union, LLC; Midland Credit Management, Inc.; American General Finance; Bank of America; Chase Bank USA, NA; Wells Fargo; Household Credit Services; Household Finance Co.; HSBC Bank; HFC; Asset Alliance LLC; Sears/Citibank SD, NA; and Sears/CNBA are **DISMISSED with prejudice**. Pursuant to the Court's Order on December 4, 2012 and Plaintiff's Notice of Dismissal on November 1, 2012, IT IS FURTHER ADJUDGED that Plaintiff's claims against Defendants Equifax;

//

GECRB/Home Design-OU; and GECRB/JC Penney are **DISMISSED without prejudice.**

**IT IS SO ORDERED**.

DATED: February 24, 2014

_____
GEORGE H. KING
Chief United States District Judge

2